IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
(TOPEKA DOCKET)

| | |
|---|---|
| UNITED STATES OF AMERICA,                ) | |
|                       Plaintiff,    ) | |
|                       ) | |
| vs.                )  | No.   04-40156-01-SAC |
|        ) | |
| LAURA ANJENNETTE WETZEL-SANDERS,    ) | |
|                      Defendant.    ) | |

**ORDER**

Now on this 3rd day of May, 2005, the above-entitled matter comes before the court upon the psychiatric examination of the defendant ordered by the court on December 14, 2004. The defendant appears in person, and by and through her attorney, Michael M. Jackson. The United States of America, appears by and through Eric F. Melgren, United States Attorney for the District of Kansas, and Gregory G. Hough, Assistant United States Attorney for said District. The court, after reviewing the motion and being fully advised in the premises finds as follows:

1.    On December 10, 2004, the defendant's attorney filed a motion entitled "Defendant's Motion to Determine Competency, Sanity and Diminished Capacity of Defendant, Pursuant to 18 U.S.C. §§ 4241 and 4242." (Doc. 7).

2. By order filed December 14, 2004, the court granted the "Defendant's Motion to Determine Competency, Sanity and Diminished Capacity of Defendant, Pursuant to 18 U.S.C. §§ 4241 and 4242."  (Doc. 8).

3. On February 4, 2005, the court received a letter from Ginny Van Buren, Warden, Federal Medical Center, Carswell, Fort Worth, Texas, stating that the defendant arrived at this facility on January 12, 2005.  Thereafter, the court ordered that the study of the defendant, pursuant to 18 U.S.C. §§ 4241 and 4242, should commence on January 12, 2005, with a completion date of February 25, 2005.  The court further ordered that the written report shall be provided to the court on or before March 11, 2005.  (Doc. 9).

4. On February 18, 2005, the Federal Medical Center, Carswell, Fort Worth, Texas, requested an additional 30 days for completion of the evaluation of the defendant.  Upon good cause shown, the court granted the requested extension of time, ordering that the study should be completed by March 28, 2005, and the written report shall be provided to the court on or before April 12, 2005.  (Doc. 10).

5. On April 12, 2005, the court received the report regarding this defendant from Federal Medical Center, Carswell, Fort Worth, Texas, pursuant to 18 U.S.C. §§ 4241 and 4242.

6. On May 3, 2005, the court held a hearing in this matter, pursuant to 18 U.S.C. §§ 4241 and 4242. At that time, the defendant stipulated to the report regarding this defendant from Federal Medical Center, Carswell, Fort Worth, Texas, pursuant to 18 U.S.C. §§ 4241 and 4242. Further, the defendant did not oppose the court adopting the report and its findings regarding competency.

THEREFORE, the court finds by a preponderance of the evidence that, based upon the defendant's stipulation and the report regarding this defendant from Federal Medical Center, Carswell, Fort Worth, Texas, pursuant to 18 U.S.C. §§ 4241 and 4242, there is no reasonable cause to believe that the defendant, LAURA ANJENNETTE WETZEL-SANDERS, may presently be suffering from a mental disease or defect rendering her mentally incompetent to the extent that she is unable to understand the nature and consequences of the proceedings against her or to assist properly in her defense.

THEREFORE, the court further finds by a preponderance of the evidence that, based upon the defendant's stipulation and the report regarding this defendant from Federal Medical Center, Carswell, Fort Worth, Texas, pursuant to 18 U.S.C. §§ 4241 and 4242, at the time of the commission of the alleged offenses and at present, the defendant, LAURA ANJENNETTE WETZEL-SANDERS, was/is of sufficient

capacity and competency , sane and able to distinguish between right and wrong and cognizant of the legal consequences of her acts.

IT IS THEREFORE ORDERED that the Magistrate Court shall set this matter for first appearance and further proceedings forthwith.

IT IS SO ORDERED.

Dated this 10th day of May, 2005.

s/ Sam A. Crow  
HONORABLE SAM A. CROW  
Senior United States District Judge