IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

        Plaintiff,

Vs.                               No. 04-40156-SAC

LAURA ANJENNETTE WETZEL-SANDERS,

        Defendant.


ORDER

The case comes before the court on the defendant's request for reduction of sentence. (Dk. 37). This is the defendant's third attempt within the last ten months to have her sentence reduced based on allegations of failing medical conditions and inadequate medical care and treatment. (Dks. 33 and 35). The court denied both of the defendant's prior two motions as outside the court's limited jurisdiction. (Dks. 34 and 36). The court lacks the inherent authority to modify a defendant's sentence at any time or for any reason other than those provided by statute. *United States v. Blackwell*, 81 F.3d 945, 949 (10th Cir. 1996). As with her prior motions, the defendant's current request does not fall within the narrow statutory avenues of relief. *See* 18 U.S.C. § 3582(c). Without jurisdiction to entertain the defendant's request, the court summarily

dismisses it.

IT IS THEREFORE ORDERED that the defendant's request for reduction of sentence (Dk. 37) is dismissed as outside the scope of the court's limited jurisdiction.

Dated this 22nd day of September, 2010, Topeka, Kansas.

s/ Sam A. Crow
Sam A. Crow, U.S. District Senior Judge